# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**  
Clerk

**JOHN M. DOMURAD**  
Chief Deputy



James M. Hanley Federal Building  
P.O. Box 7367, 100 S. Clinton St.  
Syracuse, New York 13261-7367  
(315) 234-8500

November 25, 2015

Bruce Smith  
99-A-2268  
Upstate Correctional Facility  
P.O. Box 2001  
Malone, NY 12953

Re:  Smith v. Saunders  
Case No.  9:14-CV-440

Dear Mr. Smith:

    It appears that all pre-trial deadlines have passed and that this case is ready for trial. Please advise me in writing on or before December 11, 2015 as to whether you would like the Court to appoint an attorney to represent you at trial.

                Very truly yours,

                Renata Hohl  
                Courtroom Deputy to  
                U.S. District Judge Brenda K. Sannes

cc: Michael McCartin, AAG  (via CM/ECF)