Brunce Smith
99A2268
Upstate Corr Fac
Box 2001
Malone NY 12953
Dec 1, 2015

Re: Smith v Saunders
Case No. 9:14-CV-440

FILED
DEC -7 2015
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Dear Courtroom Deputy Hohl,

I am writing your office to request an attorney to represent me in this action.

Sincerely
Brunce Smith

CC Michael McCartin AAG

UPSTATE CORRECTIONAL FACILITY
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Bruce Smith    DIN: 99A2268

Upstate
☆
Correctional Facility

FIRST CLASS MAIL
neopost
12/03/2015
US POSTAGE $000.48⁵
ZIP 12953
041L11251145

Courtroom Deputy Renata Hohl
United States District Courthouse
P.O. Box 7367, 100 S Clinton St
Syracuse, New York 13261-7367

1326137367 BC01

DEC -7 2015